UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EFRAIM RIVERA<br>a/k/a "E" | Crim. No. 15-524 (RMB)<br><br>ORDER |

This matter having been opened to the Court by the defendant Efraim Rivera (Edward Borden, Esq. appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Erin M. Fay, Special Assistant United States Attorney, appearing), for an order amending the defendant's bail conditions; and for good and sufficient cause shown,

WHEREFORE, it is on this 6th day of June 2016,

ORDERED that the defendant's bail conditions shall be amended to allow for a curfew with location monitoring as set and pre-approved by Pretrial Services for lawful and legitimate activities including employment, medical, religious services and other activities as approved by Pretrial Services; and all other conditions remain in place.

HONORABLE RENEE MARIE BUMB
United States District Judge